**Henderson Lewis HINTON,**
**Petitioner–Appellant,**

v.

**Terry O'BRIEN, Warden, Respondent–**
**Appellee.**

No. 15–6403.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 25, 2015.

Decided: June 30, 2015.

Henderson L. Hinton, Appellant Pro Se.

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henderson Lewis Hinton, a federal prisoner, appeals the district court's order accepting the magistrate judge's recommendation to deny relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed

**120**

the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Hinton v. O'Brien,* No. 1:13-cv-00170-IMK-JES (N.D.W.Va. Mar. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*